IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ARTEZ OLIVER**                                                                                          **PLAINTIFF**
**ADC #153539**

CASE NO. 1:17-CV-00038-BRW-BD

**TONI BRADLEY, et al.**                                                                           **DEFENDANTS**

RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for the objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**    **Discussion**

Artez Oliver, an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) In his complaint, Mr. Oliver complained that he was housed in the same ADC unit and barracks with an enemy, but he did not explain how the named Defendants were responsible for violating his rights.

Rather than recommending dismissal, the Court ordered Mr. Oliver to file an amended complaint within thirty days of May 30, 2017. (#4) The Court specifically explained what additional information Mr. Oliver needed to include in an amended complaint and cautioned him that his claims could be dismissed, without prejudice, if he failed to file an amended complaint within the time allowed.

As of this date, Mr. Oliver has not filed an amended complaint, as ordered. Because the original complaint lacks critical information, the case should not proceed further.

### III. Conclusion

The Court recommends that Mr. Oliver's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 30, 2017 Order and his failure to prosecute this lawsuit.

DATED this 5th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE