# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ARTEZ OLIVER**                                                    **PLAINTIFF**
**ADC #153539**

### CASE NO. 1:17-CV-00038-BRW-BD

**TONI BRADLEY, et al.**                                            **DEFENDANTS**

### ORDER

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Oliver's claims are DISMISSED, without prejudice, based on his failure to respond to the May 30, 2017 Order and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 21st day of July, 2017.

                                                            /s/ Billy Roy Wilson_____
                                                              UNITED STATES DISTRICT JUDGE