IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ARTEZ OLIVER**                                                                                 **PLAINTIFF**
**ADC #153539**

**CASE NO. 1:17-CV-00038-BRW-BD**

**TONI BRADLEY, et al.**                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 21st day of July, 2017.

                                                         /s/ Billy Roy Wilson_____
                                                          UNITED STATES DISTRICT JUDGE